FILE COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIQUIDNET HOLDINGS, INC.,

        Plaintiff,

v.

PULSE TRADING, INC.,

        Defendants.

Civil Action No. 07 CIV 6886 GEL

ECF CASE

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

In accordance with Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Liquidnet Holdings, Inc, certifies that to the best of its knowledge and belief, Liquidnet Holdings, Inc. has no parent corporation, and there is no publicly held corporation that owns 10% or more of Liquidnet Holdings, Inc.'s stock.

These representations are made in order that the Judges and Magistrate Judges of this Court may determine the need for possible disqualification or recusal.

Dated: July 31, 2007

        GREENBERG TRAURIG LLP

        By: _____
        Michael A. Nicodema (MN2949)
        Gaston Kroub (GK 6970)
        200 Park Avenue
        New York, N.Y. 10166
        Tel.: (212) 801-9200
        Fax: (212) 801-6400

        *Attorneys for Defendant/Counterclaimant
        Liquidnet Holdings, Inc.*