UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIQUIDNET HOLDINGS INC., )<br>)<br>    Plaintiff, Counterclaim )<br>    Defendant )<br>)<br>    v. )<br>)<br>PULSE TRADING, INC. )<br>)<br>    Defendant, Counterclaim )<br>    Plaintiff )<br>_____ ) | Case No. 07-CIV-6886 (GEL)(HBP)<br><br>**PULSE TRADING INC.'S STATEMENT UNDER FED. R. CIV. P. RULE 7.1**<br><br>**ECF Case**<br><br>**Filed Electronically** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant and counterclaim plaintiff Pulse Trading, Inc. certifies that a majority of the stock of Pulse Trading, Inc. is owned by Pulse Holdings, LLC, a Delaware limited liability company having its principal place of business at 2 Liberty Square, 2nd Floor, Boston, MA 02109. No publicly held company owns 10% or more of the stock of Pulse Trading, Inc.

**Pulse – Rule 7.1 Statement –** 07-CIV-6886

```
                                    Respectfully submitted,
                                    PULSE TRADING, INC.
                                    By their attorneys,

Dated: August 21, 2007              KENYON & KENYON LLP


                                    By:    _s/_____
                                           Jerry Canada
                                           Mark S. Raskin (MR 9182)
                                           Michael Kelly (MK 6776)
                                           One Broadway
                                           New York, NY  10004
                                           (212) 425-7200 (phone)
                                           (212) 425-5288 (fax)

                                    Of counsel:

                                           CHOATE HALL & STEWART LLP

                                           Sarah Chapin Columbia
                                           (Mass Bar No.: 550155)
                                           Devon Bush
                                           (Mass Bar No.: 664960)
                                           Two International Place
                                           Boston, MA  02110
                                           scolumbia@choate.com
                                           (617) 248-5000
                                           (617) 248-4000 (FAX)
```