UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIQUIDNET HOLDINGS INC.,<br><br>　　　　Plaintiff, Counterclaim Defendant<br><br>　　v.<br><br>PULSE TRADING, INC.,<br><br>　　　　Defendant, Counterclaim Plaintiff | Case No.  07-CV-6886 (GEL)(HBP)<br><br>**ECF Case**<br>**FILED ELECTRONICALLY** |

## NOTICE OF APPEARANCE

　　PLEASE TAKE NOTICE of the entry of my appearance as counsel for Defendant/Counterclaim Plaintiff Pulse Trading, Inc.

　　I certify that I am admitted to practice in this court and am currently a member in good standing in the bar of this court.


Dated: August 30, 2007　　　　　　　　s/     Mark S. Raskin
　　　　　　　　　　　　　　　　　　　Mark S. Raskin (MR 9182)
　　　　　　　　　　　　　　　　　　　KENYON & KENYON LLP
　　　　　　　　　　　　　　　　　　　One Broadway
　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　(212) 425-7200
　　　　　　　　　　　　　　　　　　　(212) 425-5288 (fax)
　　　　　　　　　　　　　　　　　　　mraskin@kenyon.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant/Counterclaim Plaintiff Pulse Trading, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2007, I electronically filed the foregoing *Notice of Appearance* upon the following counsel via the CM/ECF system:

Gaston Kroub (GK 6970 )
Michael A. Nicodema (MN 2949)
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166
(212) 801-9200
(212) 801-6400

*Attorney for Plaintiff/Counterclaim Defendant*
  *Liquidnet Holdings Inc.*


                                       s/   Mark S. Raskin