**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIQUIDNET HOLDINGS INC., <br><br> Plaintiff, Counterclaim Defendant <br><br> v. <br><br> PULSE TRADING, INC. <br><br> Defendant, Counterclaim Plaintiff | 07-CV-6886 (GEL)(HBP) <br> ECF case |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

As indicated in the attached *Declaration of Mark S. Raskin in Support of Motion for Admission of Counsel Pro Hac Vice*, Mark, S. Freeman, Eric J. Marandett, and Devon Bush are members in good standing of the bar of the State of Massachusetts. Pursuant to Local Civil Rule 1.3(c), their good standing in their respective states is a good and sufficient reason for their admission *pro hac vice* as counsel for defendant Pulse Trading, Inc. in this action.

WHEREFORE, Defendant respectfully request that Mark, S. Freeman, Eric J. Marandett, and Devon Bush be so admitted to the Court.

Respectfully submitted,

KENYON & KENYON LLP

Dated: December 18, 2007

By: /s/

Jerry Canada
Mark S. Raskin (MR 9182)
Michael Kelly (MK 6776)
One Broadway
New York, NY 10004
Tel.: (212) 425-7200
Fax: (212) 425-5288

*Counsel for Defendant/Counterclaim Plaintiff
Pulse Trading, Inc.*

*Of Counsel:*
Mark S. Freeman (Mass. Bar No. 636290)
Eric J. Marandett (Mass. Bar No. 561730)
Devon Bush (Mass. Bar No. 664960)
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5000
Fax: (617) 248-4000

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIQUIDNET HOLDINGS INC., <br><br> Plaintiff, Counterclaim Defendant <br><br> v. <br><br> PULSE TRADING, INC. <br><br> Defendant, Counterclaim Plaintiff | 07-CV-6886 (GEL)(HBP) <br> ECF case |

**Declaration of Mark S. Raskin in Support of
Motion for Admission of Counsel *Pro Hac Vice***

I, Mark S. Raskin, hereby declare that:

1. I am a member of the bar of the State of New York and of the bar of this Court. I am associated with Kenyon & Kenyon LLP, one of the law firms representing defendant Pulse Trading, Inc. in this action. I am personally familiar with and knowledgeable about the facts stated in this declaration, which I submit in support of Defendant's Motion for Admission of Counsel *Pro Hac Vice*.

2. As shown in the certificate attached as Exhibit A, Mark S. Freeman is a member in good standing of the bar of the State of Massachusetts. The certificate attached as Exhibit A issued on November 29, 2007. The certificate issued within 30 days of the instant motion.

3. As shown in the certificate attached as Exhibit B, which issued on November 29, 2007, within 30 days of the instant motion, Eric J. Marandett, is a member in good standing of the bar of the State of Massachusetts.

4. As shown in the certificate attached as Exhibit C, which issued on November 29,

2007, within 30 days of the instant motion, Devon Bush is a member in good standing of the bar of the State of Massachusetts.

5. Mr. Mark S. Freeman and Mr. Eric J. Marandett are members of the law firm of Choate Hall & Stewart LLP. Mr. Bush is an associate with Choate Hall & Stewart LLP. Their office address is:

> Two International Place
> Boston, MA 02110
> Tel.: (617) 248-5000
> Fax: (617) 248-4000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2007

_____
Mark S. Raskin (MR 9182)

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **December** A.D. **1997**, said Court being the highest Court of Record in said Commonwealth:

**Mark S. Freeman**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **November** in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1992**, said Court being the highest Court of Record in said Commonwealth:

## Eric J. Marandett

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **November** in the year of our Lord **two thousand and seven**.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-eighth** day of **November** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

## Devon Bush

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of November in the year of our Lord **two thousand and seven.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I caused copies of the forgoing to be served via overnight courier upon the following:

Micheal A. Nicodema, Esq. (MN 2949)
Gaston Kroub, Esq. (GK 6970)
GREENBERG TRAURIG LLP
200 Park Ave.
New York, NY 10166
(212) 801-9200
*Attorney for Plaintiff/Counterclaim Defendant*
*Liquidnet Holdings, Inc.*

_____
Mark S. Raskin

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIQUIDNET HOLDINGS INC., <br><br> Plaintiff, Counterclaim Defendant <br><br> v. <br><br> PULSE TRADING, INC. <br><br> Defendant, Counterclaim Plaintiff | 07-CV-6886 (GEL)(HBP) <br> ECF case |

**[PROPOSED] ORDER**

It appearing to the Court that the requirements for admission *pro hac vice* have been satisfied, it is hereby

ORDERED, that Mark S. Freeman and Eric J. Marandett and Devon Bush are admitted to appear before this Court on behalf of defendant/counterclaim plaintiff Pulse Trading, Inc., on a *pro hac vice* basis, to argue or try this particular case in whole or in part as counsel or advocate.

SO ORDERED:

Dated:_____          _____
                                Hon., Gerard E. Lynch, U.S.D.J.