UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIQUIDNET HOLDINGS INC., | ) | |
| | ) | |
| Plaintiff, Counterclaim Defendant | ) ) | Case No. 07-CIV-6886 (GEL)(HBP) |
| | ) | |
| v. | ) | **ECF Case** |
| | ) | |
| PULSE TRADING, INC. | ) | **Filed Electronically** |
| | ) | |
| Defendant, Counterclaim Plaintiff | ) ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE of the entry of my appearance as counsel for

Defendant/Counterclaim Plaintiff Pulse Trading, Inc.

I certify that I am admitted to practice in this court.


Dated: May 12, 2008

s/ Connie W. Pong
Connie W. Pong (CP 3766)
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200 (phone)
(212) 425-5288 (fax)
cpong@kenyon.com

*Counsel for Defendant/Counterclaim Plaintiff Pulse Trading, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, I electronically filed the foregoing Notice of Appearance upon the following counsel via the CM/ECF system:

Gaston Kroub (GK 6970)
Michael A. Nicodema (MN 2949)
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166
(212) 801-9200
(212) 801-6400

*Attorney for Plaintiff/Counterclaim*
*Defendant Liquidnet Holdings Inc.*

s/  Connie W. Pong_____