UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIQUIDNET HOLDINGS INC.,

    Plaintiff, Counterclaim Defendant

v.

PULSE TRADING, INC.

    Defendant, Counterclaim Plaintiff

07-CV-6886 (GEL)(HBP)
ECF case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

[~~PROPOSED~~] ORDER

It appearing to the Court that the requirements for admission *pro hac vice* have been satisfied, it is hereby

ORDERED, that Kathleen B. Shields and Stacy L. Blasberg are admitted to appear before this Court on behalf of defendant/counterclaim plaintiff Pulse Trading, Inc., on a *pro hac vice* basis, to argue or try this particular case in whole or in part as counsel or advocate.

SO ORDERED:

Dated: May 21, 2008

_____
Hon., Gerard E. Lynch, U.S.D.J.