UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIQUIDNET HOLDINGS INC., )<br>)<br>    Plaintiff, Counterclaim )<br>    Defendant )<br>)<br>v. )<br>)<br>PULSE TRADING, INC. )<br>)<br>    Defendant, Counterclaim )<br>    Plaintiff )<br>_____) | Case No. 07-CIV-6886 (GEL)(HBP)<br><br>ECF Case<br><br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/22/08 |

**[PROPOSED] ORDER GRANTING PULSE TRADING, INC.'S ASSENTED-TO MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIM**

Defendant and Counterclaim Plaintiff Pulse Trading, Inc's Assented-to Motion for Leave to Amend its Answer and Counterclaim is hereby granted.

Dated: 7/21/08

_____
Gerald E. Lynch
United States District Judge