UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LIQUIDNET HOLDINGS, INC.,

                 Plaintiff,

    -v-

PULSE TRADING, INC.,

                 Defendant.

------------------------------------------------------------x

07 Civ. 6886 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

GERARD E. LYNCH, District Judge:

    Having received and granted the parties' request for an extension of the time for completion of fact discovery from October 15, 2008 to December 15, 2008, it is hereby ORDERED that the conference previously set for October 17, 2008 at 9:30 a.m. is adjourned to December 19, 2008 at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
       September 8, 2008

_____
GERARD E. LYNCH
United States District Judge